1  Susan St. Vincent
   Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY MARIE JOHNSON,<br><br>  Defendant. | No.  6:15-mj-0062-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met all conditions of the Deferred Entry of Judgment, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  November 12, 2017          /S/ Susan St. Vincent
                                                       Susan St. Vincent
                                                       Legal Officer
                                                       Yosemite National Park

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Johnson 6:15-mj-0062-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   November 13, 2017         /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE